JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

Case No.    **CV 13-538-JFW (AGRx)**                    Date:  June 11, 2013

Title:        Shawn Stringer -*v*- U.S. Bank, et al.

_____

**PRESENT:**
       **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

       **Shannon Reilly**                          **None Present**
       **Courtroom Deputy**                        **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
                 None                                          None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER OF DISMISSAL**

       In the Stipulation filed on June 10, 2013, Dkt. No. 17, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before July 15, 2013.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until July 15, 2013.  Thereafter, absent further order of the Court, the Clerk is ordered to dismiss this action with prejudice.  All dates in this action, including the trial date are vacated.

       IT IS SO ORDERED.

(Rev. 1/31/12)